IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BROADCAST MUSIC, INC., MJ
PUBLISHING TRUST, d/b/a MIJAC
MUSIC, SONGS OF UNIVERSAL, INC.,
EMI VIRGIN SONGS, INC., TOKECO
TUNES, SONY/ATV SONGS, LLC.,
EIGHT MILE STYLE MUSIC, COREY
FOWLER, CAHRON CHILDS, CHANTI
GLEE, RUNWAY STAR MUSIC
PUBLISHING and WARNER-TAMERLANE
PUBLISHING CORP.,

                      ORDER

      Plaintiffs,

                      12-cv-333-bbc

  v.

WHISKEYS GRILL AND BAR, LLC.,
and BRADLEY WINDESHAUSEN,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on December 12, 2012, to discuss the status of settlement in this case. Plaintiffs appeared by Jeffrey Simmons. Defendants appeared by Michael Happe.

At the hearing, counsel confirmed that the case has been resolved and they are making progress toward finalizing the settlement document. Counsel expect that the settlement

1

should be completed within the next week. Another telephonic status conference is set for December 19, 2012 at 8:30 a.m. Counsel for defendant is to initiate the conference call to chambers at (608) 264-5447. The conference will be canceled if the parties submit final settlement papers before December 19, 2012.

      Entered this 12th day of December, 2012.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge